UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 15-CR-20456-BLOOM

**UNITED STATES OF AMERICA**

**v.**

**KHALED ELBEBLAWY,**

    **Defendant.**

_____/

### RESPONSE TO ORDER TO PRODUCE DOCUMENTS TO BE ADMITTED AT TRIAL

      Undersigned counsel hereby files this Response to the Court's order to produce to defense counsel copies of each document to be admitted at trial. Attachment 1 is a copy of the cover letter that was hand delivered to counsel. The letter and documents were hand delivered to defense counsel at approximately 4:17 p.m.

                                  Respectfully Submitted,

                                  WIFREDO A. FERRER
                                  UNITED STATES ATTORNEY

                     By:    /s/ Vasanth R. Sridharan
                              Vasanth R. Sridharan
                              Florida Special Bar No. A5502104
                              Trial Attorney
                              United States Department of Justice
                              Criminal Division, Fraud Section
                              1400 New York Ave., NW
                              Washington, DC 20005
                              Tel: (202) 549-1903
                              Email: Vasanth.Sridharan@usdoj.gov

Dated: September 16, 2015

## **CERTIFICATE OF SERVICE**

I hereby certify that, on September 16, 2015, I electronically filed and served the foregoing Response with the Clerk of the Court using CM/ECF.

                                                                _____/s/_____
                                                             Vasanth R. Sridharan
                                                             Trial Attorney
                                                             United States Department of Justice
                                                             Criminal Division, Fraud Section