

U. S. Department of Justice

Criminal Division

*United States Justice Department*
*Criminal Division, Fraud Section*
*1400 New York Ave. NW*
*Washington, D.C. 20530*

September 16, 2015

**VIA HAND DELIVERY**

Jan Christopher Smith, II
Federal Public Defender's Office
One East Broward Boulevard
Suite 1100
Fort Lauderdale, FL 33301
*Counsel for Khaled Elbeblawy*

    Re:    <u>United States v. Elbeblawy, Case No. 15-CR-20456-BB</u>

Dear Counsel:

In response to the Court's order to produce the documents that the Government will admit at trial (DE 25), please find enclosed the following:

1. One (1) DVD containing the documents the Government will seek to introduce at trial. Note, the contents contain four CDs worth of documents.

2. An index containing the description of each set of documents.

3. Two (2) copies of the "Receipt of Discovery Production," one of which should be signed and returned to the Government.

     As outlined in the Government's response to the Standing Discovery Order filed July 1, 2015 (DE 16), these materials and additional discovery materials have been available for inspection.

                        Sincerely,

                        WIFREDO A. FERRER
                        UNITED STATES ATTORNEY

By:    _____
        Vasanth R. Sridharan
        Trial Attorney
        U.S. Department of Justice
        Criminal Division, Fraud Section