UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-CR-20456-BB

UNITED STATES OF AMERICA

vs.

KHALED ELBEBLAWY,

        Defendants.
_____/

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses without prejudice the information in the above-captioned case, as to defendant KHALED ELBEBLAWY.

        Respectfully submitted,

        WIFREDO A. FERRER
        UNITED STATES ATTORNEY

Leave of Court is granted for the filing of the foregoing Dismissal.

DATE: 9/21/15

BETH BLOOM
UNITED STATES DISTRICT COURT JUDGE