```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                    Case No. 15-CR-20456-BLOOM


UNITED STATES OF AMERICA,)
                         )
        Plaintiff,       )
                         )
    -v-                  )
                         )
KHALED ELBEBLAWY,        )
                         )
        Defendant.       )   Fort Lauderdale, Florida
                         )   July 21, 2015
_____ )   12:50 p.m.




           TRANSCRIPT OF CALENDAR CALL PROCEEDINGS

              BEFORE THE HONORABLE BETH BLOOM

                       U.S. DISTRICT JUDGE



Appearances:

For the Government:        VASANTH SRIDHARAN
                           US Department of Justice
                           1400 New York Avenuew, NW
                           Washington, DC  20005

For the Defendant:         JAN SMITH
                           Assistant Federal Public Defender
                           One East Broward Boulevard
                           Fort Lauderdale, Florida  33301



Reporter:                  Karl Shires, RMR, FCRR
(954) 769-5496             Official Court Reporter
                           299 East Broward Boulevard, # 203G
                           Fort Lauderdale, Florida  33301
```

STENOGRAPHICALLY RECORDED COMPUTER-AIDED TRANSCRIPT

```
 1        (Call to Order of the Court.)
 2            THE COURTROOM DEPUTY:  Calling Case Number
 3   15-20456-Criminal, United States of America versus Khaled
 4   Elbeblawy.
 5            Counsel, please state your appearances for the record.
 6            MR. SRIDHARAN:  Vasanth Sridharan for the government.
 7            MR. SMITH:  Jan Smith from the Public Defenders'
 8   Office on behalf of the defendant who's present, Your Honor.
 9            THE COURT:  Good afternoon to each of you.  Go ahead
10   and have a seat.
11            This is scheduled for a calendar call for a trial that
12   is to take place next week, and before the Court is a request
13   for a continuance.
14            Has the government provided all discovery?
15            MR. SRIDHARAN:  Yes, Your Honor.
16            THE COURT:  Is there anything that's outstanding?
17            MR. SRIDHARAN:  No.
18            THE COURT:  What does the discovery consist of?
19            MR. SRIDHARAN:  The first response has been filed, and
20   I've worked with counsel to provide what he requested and
21   everything else remains available to him.
22            THE COURT:  So has everything been provided?
23            MR. SRIDHARAN:  Oh, his statements, data, recordings.
24   Everything has either been provided or made available for
25   review.
```

```
 1             THE COURT:  Is there anything outstanding?
 2             MR. SRIDHARAN:  No.
 3             THE COURT:  Then what am I missing?  Why are we not
 4   ready for trial?
 5             MR. SMITH:  Your Honor, we're not ready for a trial or
 6   plea in this case.  This was a rather strange situation.
 7   Mr. Elbeblaway was represented while, I guess I would refer to
 8   it as, a target of an investigation by a private attorney by
 9   the name of Frank Marty.  Mr. Marty worked with Mr. Elbeblawy
10   and the government for I think it was a period of about a
11   year-and-a-half and signed a factual proffer, signed some
12   documents, and then at the filing of the information was
13   discharged on the case, and I was appointed.  So I've had many,
14   many questions about what transpired during that time, what
15   agreements were reached between the parties, and the nature of
16   the representation of Mr. Elbeblawy.
17             The government has been forthcoming with answers but,
18   of course, this isn't the Assistant United States Attorney who
19   was on the case during that time either.  So he's had to check
20   with some other people as well.
21             So we are getting close to getting all of those
22   questions and my investigation of what transpired and what I'm
23   sort of walking into in this case as what was already agreed to
24   in the nature of those agreements, and that's been what's
25   slowing us down.
```

```
 1            THE COURT:  All right.  So I see you came in,
 2   Mr. Smith, on the 22nd of June.
 3            MR. SMITH:  Yes, Your Honor.
 4            THE COURT:  Realistically, how much time do you
 5   believe you need to properly prepare for trial?
 6            MR. SMITH:  Your Honor, I've been speaking with both
 7   the defendant and the government.  I think by the end of August
 8   I should have everything tied down in this case.
 9            The issue is I'm about to lose about a week because
10   I'm leaving tomorrow night and will be gone for a week from the
11   district, and then I get back into the office on July 30th, and
12   I'll hit the ground running on it.
13            THE COURT:  Mr. Elbeblawy, you are in agreement to
14   this continuance to allow Mr. Smith an opportunity to review
15   all of the discovery, including these agreements?
16            THE DEFENDANT:  Yes, Your Honor.
17            THE COURT:  And the government is not opposed to this?
18            MR. SRIDHARAN:  No, Your Honor.
19            THE COURT:  The request for a continuance would be
20   granted.  It will be set for calendar call on September 1st,
21   with the trial to take place during the two-week period
22   commencing September 8th.
23            As Mr. Elbeblawy is out of custody, is there any
24   reason why this case cannot be tried in Miami?
25            MR. SRIDHARAN:  No, Your Honor.
```

```
 1              MR. SMITH:  Your Honor, I'm not prepared to answer
 2    that question yet because I want to talk to Mr. Elbeblawy about
 3    that.
 4              THE COURT:  At this point we will schedule it in
 5    Courtroom 10-2 in Miami for the calendar call and the trial.
 6    If there's a problem with either, Mr. Smith, you'll let the
 7    Court know.  All right?
 8              MR. SMITH:  Yes, Your Honor.
 9              THE COURT:  All right, then.  Mr. Elbeblawy, the same
10    conditions would apply.  The pretrial bond conditions will
11    remain between now and the date of the calendar call and the
12    trial, and I'll see you on September 1st at 1 o'clock p.m. for
13    the calendar call.
14              MR. SMITH:  Thank you.
15              THE COURT:  Is there anything further in this case?
16              MR. SRIDHARAN:  No, Your Honor.
17              MR. SMITH:  No, Your Honor.
18              THE COURT:  Okay.
19              MR. SMITH:  Thank you.
20              THE COURT:  All right, then.  Have a good afternoon.
21         (Proceedings concluded at 1:05 p.m.)
22
23
24
25
```

```
 1                      C E R T I F I C A T E

 2          I, Karl Shires, Registered Merit Reporter and Federal

 3     Certified Realtime Reporter, certify that the foregoing is a

 4     correct transcript from the record of proceedings in the

 5     above-entitled matter.

 6          Dated this 9th day of December, 2021.

 7
        _____
 8      Karl Shires, RMR FCRR
```

**MR. SMITH:** [9]
**MR. SRIDHARAN:** [9]
**THE COURT:** [16]
**THE COURTROOM DEPUTY:** [1]  2/2
**THE DEFENDANT:** [1]  4/16

**-**

**-v** [1]  1/6

**1**

**1 o'clock** [1]  5/12
**10-2** [1]  5/5
**12:50** [1]  1/9
**1400** [1]  1/18
**15-20456-Criminal** [1]  2/3
**15-CR-20456-BLOOM** [1]  1/2
**1:05** [1]  5/21
**1st** [2]  4/20 5/12

**2**

**20005** [1]  1/19
**2015** [1]  1/8
**2021** [1]  6/6
**203G** [1]  1/24
**21** [1]  1/8
**22nd** [1]  4/2
**299** [1]  1/24

**3**

**30th** [1]  4/11
**33301** [2]  1/21 1/25

**5**

**5496** [1]  1/24

**7**

**769-5496** [1]  1/24

**8**

**8th** [1]  4/22

**9**

**954** [1]  1/24
**9th** [1]  6/6

**A**

**above-entitled** [1]  6/5
**afternoon** [2]  2/9 5/20
**agreed** [1]  3/23
**agreement** [1]  4/13
**agreements** [3]  3/15 3/24 4/15
**ahead** [1]  2/9
**allow** [1]  4/14
**AMERICA** [2]  1/4 2/3
**answer** [1]  5/1
**answers** [1]  3/17
**appearances** [2]  1/16 2/5
**apply** [1]  5/10
**appointed** [1]  3/13

**Assistant** [2]  1/20 3/18
**attorney** [2]  3/8 3/18
**August** [1]  4/7
**available** [2]  2/21 2/24
**Avenuew** [1]  1/18

**B**

**back** [1]  4/11
**behalf** [1]  2/8
**believe** [1]  4/5
**BETH** [1]  1/13
**BLOOM** [2]  1/2 1/13
**bond** [1]  5/10
**Boulevard** [2]  1/21 1/24
**Broward** [2]  1/21 1/24

**C**

**calendar** [6]  1/12 2/11 4/20 5/5 5/11 5/13
**call** [7]
**Calling** [1]  2/2
**case** [9]
**Certified** [1]  6/3
**certify** [1]  6/3
**check** [1]  3/19
**close** [1]  3/21
**commencing** [1]  4/22
**concluded** [1]  5/21
**conditions** [2]  5/10 5/10
**consist** [1]  2/18
**continuance** [3]  2/13 4/14 4/19
**correct** [1]  6/4
**counsel** [2]  2/5 2/20
**course** [1]  3/18
**COURT** [5]  1/1 1/24 2/1 2/12 5/7
**Courtroom** [1]  5/5
**CR** [1]  1/2
**Criminal** [1]  2/3
**custody** [1]  4/23

**D**

**data** [1]  2/23
**date** [1]  5/11
**Dated** [1]  6/6
**day** [1]  6/6
**DC** [1]  1/19
**December** [1]  6/6
**defendant** [4]  1/8 1/20 2/8 4/7
**Defender** [1]  1/20
**Defenders'** [1]  2/7
**Department** [1]  1/18
**discharged** [1]  3/13
**discovery** [3]  2/14 2/18 4/15
**district** [4]  1/1 1/1 1/14 4/11
**documents** [1]  3/12

**E**

**East** [2]  1/21 1/24
**either** [3]  2/24 3/19

5/6
**Elbeblaway** [1]  3/7
**ELBEBLAWY** [8]
**entitled** [1]  6/5

**F**

**factual** [1]  3/11
**FCRR** [2]  1/23 6/8
**Federal** [2]  1/20 6/2
**filed** [1]  2/19
**filing** [1]  3/12
**first** [1]  2/19
**FLORIDA** [4]  1/1 1/8 1/21 1/25
**foregoing** [1]  6/3
**Fort** [3]  1/8 1/21 1/25
**forthcoming** [1]  3/17
**Frank** [1]  3/9
**further** [1]  5/15

**G**

**getting** [2]  3/21 3/21
**Go** [1]  2/9
**good** [2]  2/9 5/20
**government** [7]
**granted** [1]  4/20
**ground** [1]  4/12
**guess** [1]  3/7

**H**

**half** [1]  3/11
**hit** [1]  4/12
**Honor** [12]
**HONORABLE** [1]  1/13

**I**

**I'll** [2]  4/12 5/12
**I'm** [4]  3/22 4/9 4/10 5/1
**I've** [3]  2/20 3/13 4/6
**including** [1]  4/15
**information** [1]  3/12
**investigation** [2]  3/8 3/22
**issue** [1]  4/9

**J**

**JAN** [2]  1/20 2/7
**JUDGE** [1]  1/14
**July** [2]  1/8 4/11
**July 30th** [1]  4/11
**June** [1]  4/2
**Justice** [1]  1/18

**K**

**KHALED** [2]  1/7 2/3
**know** [1]  5/7

**L**

**Lauderdale** [3]  1/8 1/21 1/25
**leaving** [1]  4/10
**lose** [1]  4/9

**M**

**Marty** [2]  3/9 3/9
**matter** [1]  6/5

**Merit** [1]  6/2
**Miami** [2]  4/24 5/5
**missing** [1]  3/3
**Mr.** [11]
**Mr. Elbeblaway** [1]  3/7
**Mr. Elbeblawy** [6]  3/9 3/16 4/13 4/23 5/2 5/9
**Mr. Marty** [1]  3/9
**Mr. Smith** [3]  4/2 4/14 5/6

**N**

**name** [1]  3/9
**nature** [2]  3/15 3/24
**need** [1]  4/5
**New** [1]  1/18
**night** [1]  4/10
**Number** [1]  2/2
**NW** [1]  1/18

**O**

**o'clock** [1]  5/12
**office** [2]  2/8 4/11
**Official** [1]  1/24
**Oh** [1]  2/23
**Okay** [1]  5/18
**opportunity** [1]  4/14
**opposed** [1]  4/17
**Order** [1]  2/1
**outstanding** [2]  2/16 3/1

**P**

**p.m** [3]  1/9 5/12 5/21
**parties** [1]  3/15
**people** [1]  3/20
**period** [2]  3/10 4/21
**place** [2]  2/12 4/21
**Plaintiff** [1]  1/5
**plea** [1]  3/6
**please** [1]  2/5
**point** [1]  5/4
**prepare** [1]  4/5
**prepared** [1]  5/1
**present** [1]  2/8
**pretrial** [1]  5/10
**private** [1]  3/8
**problem** [1]  5/6
**proceedings** [3]  1/12 5/21 6/4
**proffer** [1]  3/11
**properly** [1]  4/5
**provide** [1]  2/20
**provided** [3]  2/14 2/22 2/24
**Public** [2]  1/20 2/7

**Q**

**question** [1]  5/2
**questions** [2]  3/14 3/22

**R**

**reached** [1]  3/15
**ready** [2]  3/4 3/5
**Realistically** [1]  4/4

**Realtime** [1]  6/3
**reason** [1]  4/24
**record** [2]  2/5 6/4
**recordings** [1]  2/23
**refer** [1]  3/7
**Registered** [1]  6/2
**remain** [1]  5/11
**remains** [1]  2/21
**Reporter** [4]  1/23 1/24 6/2 6/3
**representation** [1]  3/16
**represented** [1]  3/7
**request** [2]  2/12 4/19
**requested** [1]  2/20
**response** [1]  2/19
**review** [2]  2/25 4/14
**right** [4]  4/1 5/7 5/9 5/20
**RMR** [2]  1/23 6/8
**running** [1]  4/12

**S**

**schedule** [1]  5/4
**scheduled** [1]  2/11
**seat** [1]  2/10
**see** [2]  4/1 5/12
**September** [3]  4/20 4/22 5/12
**September 8th** [1]  4/22
**set** [1]  4/20
**signed** [2]  3/11 3/11
**situation** [1]  3/6
**slowing** [1]  3/25
**SMITH** [5]  1/20 2/7 4/2 4/14 5/6
**sort** [1]  3/23
**SOUTHERN** [1]  1/1
**speaking** [1]  4/6
**SRIDHARAN** [2]  1/17 2/6
**state** [1]  2/5
**statements** [1]  2/23
**STATES** [4]  1/1 1/4 2/3 3/18
**strange** [1]  3/6

**T**

**take** [2]  2/12 4/21
**talk** [1]  5/2
**target** [1]  3/8
**Thank** [2]  5/14 5/19
**think** [2]  3/10 4/7
**tied** [1]  4/8
**time** [3]  3/14 3/19 4/4
**tomorrow** [1]  4/10
**transcript** [2]  1/12 6/4
**transpired** [2]  3/14 3/22
**trial** [7]
**tried** [1]  4/24
**two** [1]  4/21
**two-week** [1]  4/21

**U**

**U.S** [1]  1/14

**U**

**UNITED [4]**  1/1 1/4 2/3 3/18

**V**

**VASANTH [2]**  1/17 2/6
**versus [1]**  2/3

**W**

**walking [1]**  3/23
**want [1]**  5/2
**Washington [1]**  1/19
**week [4]**  2/12 4/9 4/10 4/21
**well [1]**  3/20
**worked [2]**  2/20 3/9

**Y**

**year [1]**  3/11
**York [1]**  1/18