```
 1                    IN THE UNITED STATES DISTRICT COURT
                     FOR THE SOUTHERN DISTRICT OF FLORIDA
 2                              MIAMI DIVISION
                          CASE NO. 1:15-cr-20456-BB-1
 3

 4    UNITED STATES OF AMERICA,

 5           Plaintiff,                          August 31, 2015
                                                 12:58 p.m.
 6        vs.

 7    KHALED ELBEBLAWY,

 8           Defendant.                          Pages 1 THROUGH 10

 9    _____

10
                         TRANSCRIPT OF CALENDAR CALL
11                    BEFORE THE HONORABLE BETH BLOOM
                        UNITED STATES DISTRICT JUDGE
12

13    Appearances:

14    FOR THE GOVERNMENT:  UNITED STATES ATTORNEY'S OFFICE
       (telephonically)    VASANTH SRIDHARAN, AUSA
15                         JOSEPH BEEMSTERBOER, AUSA
                           1400 New York Avenue Northwest, 8th Floor
16                         Washington, DC 20005

17
      FOR THE DEFENDANT:   FEDERAL PUBLIC DEFENDER'S OFFICE
18                         JAN CHRISTOPHER SMITH, II
                           One East Broward Boulevard, Suite 1100
19                         Fort Lauderdale, Florida 33301

20
      COURT REPORTER:      Yvette Hernandez
21                         U.S. District Court
                           400 North Miami Avenue, Room 10-2
22                         Miami, Florida 33128
                           yvette_hernandez@flsd.uscourts.gov
23

24

25
```

```
1            (Call to order of the Court, 12:58 p.m.)
2               COURTROOM DEPUTY:  Calling Case 15-20456, Criminal,
3    United States of America v. Khaled Elbeblawy.
4               Counsel, please state your appearances for the record.
5               MR. SRIDHARAN:  This is Vasanth Sridharan for the
6    Government.  And I'm here with Joe Beemsterboer, also for the
7    Government.
8               THE COURT:  Good afternoon.
9               MR. SMITH:  Your Honor, good afternoon.  Jan Smith
10   from the Federal Public Defender's Office.  I'm here with
11   Mr. Elbeblawy, who is present before the Court.
12              THE COURT:  All right.  Good afternoon to everyone.
13              This case is scheduled for calendar call today.  Are
14   both sides ready to proceed to trial?  Is the Government ready
15   to proceed to trial?
16              MR. BEEMSTERBOER:  Your Honor, we had -- this is Joe
17   Beemsterboer.  By way of background, we filed the Information I
18   believe in mid-June with Mr. Elbeblawy.  And the back
19   circumstances, had signed a Plea Agreement with Mr. Elbeblawy
20   and Factual Basis for the Court.  As of last week, we
21   anticipated today would be a change of plea.  His attorney did
22   represent that we would not be -- that there may be an intent
23   to go to trial on this case.
24              We are attempting to meet with Mr. Elbeblawy and
25   counsel to resolve any matters.  That's short to say that at
```

1   this point we would not be ready for trial.  In fact, Your
2   Honor, if this did not proceed to trial -- excuse me -- to a
3   change of plea, we would have to move to indict the matter and
4   there would be a new charging document from the Government's
5   point of view.
6           MR. SMITH:  Yeah.  Your Honor, I understand what the
7   Government's talking about and I can provide the Court with a
8   little bit more detail.  Mr. Elbeblawy was represented by
9   private counsel, Frank Marty, for approximately two and a half
10  years and cooperated with the Government during that time
11  period.
12          As part of the discovery -- I can explain to the Court
13  why the Government felt that way, and I felt that way as well,
14  is -- is that, while represented by Mr. Marty, at the
15  conclusion of his cooperation, Mr. Elbeblawy signed a written
16  Plea Agreement and Factual Proffer that are part of the
17  discovery.  And during my short representation of him here, we
18  have met with the Government and met in discussions with the
19  Government, and Mr. Elbeblawy called me, I think it was on last
20  Thursday, and indicated that he had changed his mind and wanted
21  to go to trial.
22          I let the Government know and your chambers know that
23  day.  And the Government contacted me and would like to meet
24  with Mr. Elbeblawy one more time to discuss some things.  I
25  attempted to set up that meeting on Friday.  But for whatever

```
 1    reason, I was unable to get in touch with my client.  So we're
 2    here.
 3              I can explain to the Court also what the Government's
 4    talking about is, is that the Plea Agreement Mr. Marty
 5    negotiated on Mr. Elbeblawy's behalf, pursuant to this
 6    Information that was filed, limits his maximum exposure -- his
 7    maximum statutory exposure at 10 years.  If indicted on the
 8    case, it will be a 20-year maximum.  So that's why they're
 9    talking about obviously having to supersede at this point
10    without the -- if the Plea Agreement is going to be torn up.
11              So that's where we stand.  And I believe -- and I
12    understand where they're coming from, and that's where we're
13    at.
14              THE COURT:  So as I understand, Mr. Smith,
15    Mr. Elbeblawy would like to go to trial, understanding the
16    Government would be filing a superseding indictment?
17              MR. SMITH:  Your Honor, let me be perfectly clear
18    about this, to protect myself as well, is -- is that I have
19    been very clear with my client that the Government, if he goes
20    to trial, will file a 20-year maximum possible penalty count.
21              I have calculated out his guidelines.  His guidelines
22    under that Indictment will be very close to that statutory
23    maximum by my understanding of the complaint and the proffer,
24    the statement of facts that was signed.
25              I have warned him of this on many occasions, and he
```

1  and I have discussed those possibilities.  And he indicated to
2  me on Thursday that he does wish to have a trial.  If the Court
3  wants to colloquy, I would be very comfortable with that as
4  well.
5          THE COURT:  Mr. Elbeblawy, obviously, the Court does
6  not know anything about this case other than the Government's
7  intention if you do not want to enter into an agreement.  I
8  don't have the agreement before the Court, so I'm not privy to
9  exactly what it is that you had agreed to.
10         But at this point, it does appear that you have been
11 charged under 18, United States Code, Section 1349 with an
12 offense of conspiracy to commit healthcare fraud.  You do need
13 to be aware that it does carry with it a maximum term of 20
14 years of imprisonment, followed by a term of supervised release
15 and a fine that the Court can impose.
16         At this point, I just need to know whether you want to
17 proceed to trial, with the understanding that the Information
18 that is presently filed before the Court would not be the
19 charging document.  The Government would have an opportunity to
20 file a superseding indictment prior to this case proceeding to
21 trial.  Are you aware of that, sir?
22         THE DEFENDANT:  Yes, Your Honor.
23         THE COURT:  All right.  And Mr. Elbeblawy, is it your
24 intention that you would like to go to trial with that
25 understanding that the Government can file a superseding

1    indictment?

2            THE DEFENDANT:  Yes, Your Honor.

3            THE COURT:  All right, then.

4            At this point, this case is currently on the heels of

5    a trial to take place next week.  And would the Government be

6    prepared to proceed to trial next week?

7            MR. BEEMSTERBOER:  The Government would not be

8    prepared, Your Honor.

9            THE COURT:  When will you be filing that superseding

10   indictment?

11           MR. BEEMSTERBOER:  Quite honestly, Your Honor, the

12   Government would be prepared to file that within the next -- I

13   believe three weeks we would be able to file this -- it would

14   be an indictment -- yes.  Not a superseding, but an indictment.

15           THE COURT:  And the indictment would charge the

16   conspiracy to commit healthcare fraud?

17           MR. BEEMSTERBOER:  Yes, Your Honor.  And it would

18   include a wire fraud object with a 20-year maximum.  There may

19   be additional individuals included in the superseding -- or in

20   the indictment.  The Government needs to weigh those decisions

21   over the next several weeks.

22           THE COURT:  All right.  And with the understanding

23   that there may be additional counts filed as part of that

24   indictment, Mr. Smith, would the Defense be prepared to proceed

25   to trial next week?

Case 1:15-cr-20456-BB   Document 34   Entered on FLSD Docket 12/20/2021   Page 7 of 10

7

1          MR. SMITH:  Your Honor, is that calendar -- let me
2  step back for a second.  Last time we were here on a calendar
3  call, the Court had indicated that this case might be tried in
4  Miami.  I had spoken to Mr. Elbeblawy about that.  He does live
5  in Broward and believes it would be a hardship for him and he
6  would prefer to have it tried in Miami -- I'm sorry -- in
7  Broward.  I almost got that backwards.  He would prefer it to
8  be tried here in Fort Lauderdale.
9          I don't know whether I could be ready next week or
10 not.  Obviously, I have discovery.  I think that what the
11 Government's talking about in the filing of an indictment, with
12 the possibility of naming other individuals is, is -- I think I
13 have an idea of who some of those individuals may be.  And it
14 really just sort of depends on how the indictment is charged
15 and what sort of new discovery might be coming because of that.
16         THE COURT:  Right.  And that's why it's -- not seeing
17 the four corners of the indictment, it's hard to even gauge
18 from the Defendant's standpoint whether you would be prepared.
19         MR. SMITH:  I doubt that I would be, based on what I
20 think is going to happen.  I'm pretty sure of what's going to
21 happen.  I doubt that I would be ready at that point.
22         THE COURT:  All right.  And we can address at the next
23 calendar call the convenience to the witnesses, whether it's in
24 Miami or Fort Lauderdale.  But at this point we'll keep the
25 calendar call here in Fort Lauderdale.  And the calendar call

Yvette Hernandez, Official Court Reporter
400 North Miami Avenue, 10-2
Miami, Florida 33128
(305) 523-5698

Case 1:15-cr-20456-BB   Document 34   Entered on FLSD Docket 12/20/2021   Page 8 of 10

8

```
 1    will take place -- that's here in Fort Lauderdale, correct,
 2    Toniann --
 3              COURTROOM DEPUTY:  Yes.
 4              THE COURT:  -- on September 15th at 1:00 p.m., for a
 5    trial period commencing on September 21st.
 6              Not seeing the indictment, is there anything at this
 7    point that the Court can address on behalf of the Government?
 8              MR. BEEMSTERBOER:  Nothing, Your Honor.  We would --
 9    we would make the decision on -- within the next three weeks on
10    how that new indictment will look like and we will continue to
11    work with counsel on discovery-related matters.
12              THE COURT:  Okay.  And the Defendant can be arraigned
13    on those new charges.  So at this point we'll keep it on for
14    calendar call and trial.
15              MR. SMITH:  Thank you, Your Honor.
16              THE COURT:  Okay.  Have a good afternoon.
17        (Court reporter interruption.)
18              THE COURT:  All right, sir.  We'll see you at that
19    time.
20              MR. SMITH:  Thank you, Your Honor.
21              MR. BEEMSTERBOER:  Thank you.
22              MR. SRIDHARAN:  Thank you.
23              MR. SMITH:  And I'll call the Government this
24    afternoon, Your Honor.
25              THE COURT:  Okay.
```

Yvette Hernandez, Official Court Reporter
400 North Miami Avenue, 10-2
Miami, Florida 33128
(305) 523-5698

1        (Proceedings concluded at 1:08 p.m.)

```
 1   UNITED STATES OF AMERICA         )
 2   ss:
 3   SOUTHERN DISTRICT OF FLORIDA     )
 4                   C E R T I F I C A T E
 5          I, Yvette Hernandez, Certified Shorthand Reporter in
 6   and for the United States District Court for the Southern
 7   District of Florida, do hereby certify that I was present at
 8   and reported in machine shorthand the proceedings had the 31st
 9   day of August, 2015, in the above-mentioned court; and that the
10   foregoing transcript is a true, correct, and complete
11   transcript of my stenographic notes.
12          I further certify that this transcript contains pages
13   1 - 10.
14          IN WITNESS WHEREOF, I have hereunto set my hand at
15   Miami, Florida this 15th day of December, 2021.
16
17                      /s/Yvette Hernandez
                        Yvette Hernandez, CSR, RPR, CLR, CRR, RMR
18                      400 North Miami Avenue, 10-2
                        Miami, Florida 33128
19                      (305) 523-5698
                        yvette_hernandez@flsd.uscourts.gov
20
21
22
23
24
25
```