```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF FLORIDA
                           MIAMI DIVISION
                    CASE NO. 1:15-cr-20456-BB-1


  UNITED STATES OF AMERICA,

          Plaintiff,                        September 15, 2015
                                            2:15 p.m.
       vs.

  KHALED ELBEBLAWY,

          Defendant.                        Pages 1 THROUGH 11
  _____


                TRANSCRIPT OF RECALL OF CALENDAR CALL
                   BEFORE THE HONORABLE BETH BLOOM
                    UNITED STATES DISTRICT JUDGE


  Appearances:

  FOR THE GOVERNMENT:   UNITED STATES ATTORNEY'S OFFICE
                        VASANTH SRIDHARAN, AUSA
                        1400 New York Avenue Northwest, 8th Floor
                        Washington, DC 20005


  FOR THE DEFENDANT:    FEDERAL PUBLIC DEFENDER'S OFFICE
                        JAN CHRISTOPHER SMITH, II
                        One East Broward Boulevard, Suite 1100
                        Fort Lauderdale, Florida 33301


  COURT REPORTER:       Yvette Hernandez
                        U.S. District Court
                        400 North Miami Avenue, Room 10-2
                        Miami, Florida 33128
                        yvette_hernandez@flsd.uscourts.gov
```

```
 1           (Call to order of the Court, 2:15 p.m.)
 2              THE COURT:  Mr. Smith, did you need to address the
 3   Court?
 4              MR. SMITH:  Yes, please, Your Honor.
 5              COURTROOM DEPUTY:  Recalling Case 15-20456, Criminal,
 6   United States of America v. Khaled Elbeblawy.
 7              Counsel, please state your appearances for the record.
 8              MR. SMITH:  Jan Smith, Federal Public Defender's
 9   Office on behalf of Mr. Elbeblawy, who is present, Your Honor.
10              MR. SRIDHARAN:  Vasanth Sridharan for the Government.
11              THE COURT:  All right.  Go ahead and have a seat.
12              Good afternoon once again.
13              MR. SRIDHARAN:  Good afternoon.
14              MR. SMITH:  Your Honor, I think a couple things came
15   up after we left court on this case.  I think the Government
16   has made me aware that they have additional discovery that has
17   to be turned over to us.  I believe they might be requesting a
18   short continuance, as well as -- I don't know.  Perhaps
19   Mr. Elbeblawy has concerns that he may want to address with the
20   Court and I just want to give him that opportunity here in
21   court if he does have concerns.
22              THE COURT:  All right.  What discovery?
23              MR. SRIDHARAN:  Your Honor, as the main discovery is
24   banking -- banking records.  As a bit of background, when we
25   produced discovery before, it was presented through discussions
```

1   that counsel -- Mr. Smith and I had about what discovery that
2   he would want produced and what discovery he would want made
3   available for review.
4            We've made all of the discovery available for review,
5   but it has not yet been produced.  When we learned that he was
6   going to trial, we also were informed by counsel that
7   Mr. Elbeblawy would be seeking new counsel.  So we had not
8   produced that discovery waiting for the new counsel.  And then
9   yesterday we were notified that he would be representing
10  himself, which obviously is not the case anymore.  So we have
11  significant banking records and we would request a two-day
12  continuance.
13           THE COURT:  Well, when were these banking records made
14  available for review?
15           MR. SRIDHARAN:  They were made available upon the
16  standing -- the first response to the standing discovery order,
17  they were made available for review -- for schedule to be
18  reviewed -- for the schedule to be reviewed.
19           THE COURT:  So how has the Government not provided all
20  discovery, if it was made available for review?
21           MR. SRIDHARAN:  We had not affirmatively sent it to
22  the Defendant, Your Honor -- or to Defense counsel.
23           THE COURT:  Was there an agreement to send it, as
24  opposed to make it available for review?
25           MR. SRIDHARAN:  No, there wasn't.  At the time, the

1   discussions between Mr. Smith and I were to make the -- make
2   all but the discovery that we did send over available for
3   review.  Again, assuming that this would end in a plea.
4           THE COURT:  I'm still not understanding that response.
5   You've told the Court that the discovery has been made
6   available since the Government first disclosed that all
7   discovery had been provided.  That was the extent of the
8   Government's obligation.  So what part am I missing when
9   Mr. Smith says that the Government has not fully complied with
10  its discovery obligations?
11          MR. SRIDHARAN:  I believe we have complied with the
12  discovery obligations by making the materials available for
13  review, but there is a significant amount of discovery that has
14  not been sent, and that was the only issue we wanted to raise.
15          THE COURT:  Well, was there a request to send it?
16          MR. SRIDHARAN:  I mean, no, until -- no, there was
17  not.
18          THE COURT:  Then how would you know to send it, if
19  there wasn't a request?  You made it available for review.
20  That's all the Government's obligation is.
21          MR. SRIDHARAN:  Okay.
22          THE COURT:  I mean, am I missing something?
23          MR. SMITH:  Yes, Your Honor.  If the Government
24  intends to introduce any of these documents into evidence, they
25  would actually have to affirmatively have been provided to

```
 1    counsel and not just for inspection.  I don't know whether they
 2    intend to introduce these into evidence or not.
 3             THE COURT:  Do you?
 4             MR. SRIDHARAN:  We would, Your Honor.
 5             THE COURT:  Well, what are they?
 6             MR. SRIDHARAN:  Banking records.
 7             THE COURT:  How many of them?
 8             MR. SRIDHARAN:  Thousands of pages, Your Honor.
 9             THE COURT:  Thousands of pages?
10             So right now you intend to introduce thousands of
11    pages in a three-day trial?
12             MR. SRIDHARAN:  Sorry.  I misspoke, Your Honor.  We
13    would not intend to produce thousands of pages of banking
14    records.  We would intend to produce a limited number of those
15    pages.
16             THE COURT:  I don't know what that means.  How many
17    documents do you intend to introduce of these banking records?
18             MR. SRIDHARAN:  Your Honor, I don't have that answer.
19             THE COURT:  But you should have the answer because you
20    just told me that you were ready for trial.  So how many
21    banking records are there?
22             MR. SRIDHARAN:  There are records on -- there are
23    banking records on -- on -- on each of the -- on each of the
24    companies that are listed in the information, as well as
25    personal banking records.
```

1          THE COURT:  I've got that.  How many are there?
2          MR. SRIDHARAN:  As I said before, there are -- we --
3  Your Honor, I don't have that answer with me.
4          THE COURT:  Well, don't you think you should provide
5  it?
6          MR. SRIDHARAN:  Yes, Your Honor.
7          THE COURT:  Because you asked to come back to address
8  the Court, and Mr. Smith said that you didn't comply with your
9  discovery obligations.  And you don't know if you're even going
10 to be introducing them.  If you are, whether we're talking
11 about three pages, 10 pages, 25 pages or, as you say, thousands
12 of pages.
13         MR. SRIDHARAN:  Yes, Your Honor.  You're correct.
14         THE COURT:  So why don't I pass the case, so you can
15 look in your file and find out which banking records you're
16 actually going to be introducing at this trial next week.
17         MR. SRIDHARAN:  I'm sorry.  I didn't understand.  I'm
18 sorry.  I didn't understand you.
19         THE COURT:  Why don't you look in your file and find
20 out exactly which banking records you intend to introduce in
21 this trial next week.
22         MR. SMITH:  Okay.  Yes, Your Honor.
23         THE COURT:  Okay?
24         All right.  We'll take another break.
25         MR. SMITH:  Thank you, Your Honor.

1      (Recess from 2:21 p.m. to 3:11 p.m.)
2          COURTROOM DEPUTY:  Recalling Case 15-20456, Criminal,
3   United States of America v. Khaled Elbeblawy.
4          Counsel, please state your appearances for the record.
5          MR. SRIDHARAN:  Vasanth Sridharan for the Government.
6          MR. SMITH:  Jan Smith, Federal Public Defender's
7   Office, on behalf of Mr. Elbeblawy, who is present, Your Honor.
8          MR. SRIDHARAN:  Your Honor, I have an answer.  And I
9   apologize for before.
10         We would seek to introduce four CD's.  These CD's
11  would contain banking information for each of the two companies
12  that are listed in the Indictment, as well as personal banking
13  that would show money going in and coming out of the accounts.
14  As well, also on those CD's would be information showing claims
15  being submitted to Medicare and Medicare paying money back to
16  each of the two companies.
17         THE COURT:  So how many documents are contained on
18  those four CD's?
19         MR. SRIDHARAN:  Your Honor, I do not have a page
20  count -- a specific page count.  I have the -- I do not have
21  that information on a specific number of pages.  But it would
22  contain information on four bank accounts, as well as the
23  information going back to and from Medicare.
24         THE COURT:  So the four CD's contain banking from two
25  companies, but there are four bank accounts?

1    MR. SRIDHARAN: Yes. There is personal banking, as
2  well as multiple -- there's multiple accounts -- there's
3  multiple personal accounts, as well as the accounts for each of
4  two companies.
5    THE COURT: All right. And Mr. Smith, you have
6  requested that information?
7    MR. SMITH: Well, we made our initial discovery
8  request. And specifically the answer to Your Honor is that I
9  have not specifically requested that information until told
10 that this was going to be introduced today. That's the simple
11 answer, Your Honor.
12   THE COURT: All right. So you still don't know how
13 many documents we're talking about. I understand that they're
14 housed on four CD's. The question still remains unanswered as
15 to what documents the Government is intending to introduce.
16   So rather than play a game of ping-pong, and have you
17 back a fourth time, what I would order is that -- today is the
18 15th. And by tomorrow at the close of business if you will
19 provide copies of each and every document that will be
20 introduced by the Government at the time of trial on Monday.
21 Is that understood?
22   MR. SRIDHARAN: Understood. Thank you, Your Honor.
23   MR. SMITH: Your Honor, one more issue. I apologize.
24 But hearing on our last call-up that the Government will now
25 seek to indict my client tomorrow or Thursday, my understanding

1    is there will be some new charges that will be included in this

2    Indictment.  I believe the one that's been addressed to me is a

3    wire fraud count.

4           My understanding of 18, United States Code, Section

5    3161 is, is that Mr. Elbeblawy will have to be arraigned on the

6    new Indictment, and that on the new Indictment, seeing that as

7    it will replace the Information, effectively dismissing the

8    Information and add new charges, is -- is that we're entitled a

9    to 30-day period before a trial can commence.

10          Now, ordinarily, I may seek to, frankly, rush the case

11    to trial.  But in light of the discovery issues and four CDs'

12    worth of information coming, I wouldn't feel prepared to start

13    on that Indictment on trial and I would invoke the 30-day

14    period under 3161 on the new Indictment.

15          Now, I do acknowledge to the Court that this is a bit

16    of a pre-issue because there's not an actual Indictment in

17    place yet.  But I know the Court is trying to set a trial

18    schedule for the next several weeks, and I just want to let the

19    Court know that if it does come in on tomorrow or Thursday, and

20    he's going to be arraigned, that I would invoke that at that

21    time.

22          THE COURT:  All right.  Well, let's see if there's

23    even an Indictment that is forthcoming.  Right now, the

24    Government is traveling on the Information.

25          MR. SMITH:  Yes, Your Honor.

```
 1            THE COURT:  So with that understanding, I'll see you
 2   Monday for trial.  If an Indictment is filed, then we'll take
 3   that next step.
 4            MR. SMITH:  Yes, Your Honor.
 5            THE COURT:  Okay, sir?
 6            MR. SMITH:  Thank you.
 7            MR. SRIDHARAN:  Thank you, Your Honor.
 8       (Proceedings concluded at 3:15 p.m.)
 9
10
...
25
```

```
 1    UNITED STATES OF AMERICA       )

 2    ss:

 3    SOUTHERN DISTRICT OF FLORIDA   )

 4                   C E R T I F I C A T E

 5            I, Yvette Hernandez, Certified Shorthand Reporter in

 6    and for the United States District Court for the Southern

 7    District of Florida, do hereby certify that I was present at

 8    and reported in machine shorthand the proceedings had the 15th

 9    day of September, 2021, in the above-mentioned court; and that

10    the foregoing transcript is a true, correct, and complete

11    transcript of my stenographic notes.

12            I further certify that this transcript contains pages

13    1 - 11.

14            IN WITNESS WHEREOF, I have hereunto set my hand at

15    Miami, Florida this 15th day of December, 2021.

16

17                         /s/Yvette Hernandez
                           Yvette Hernandez, CSR, RPR, CLR, CRR, RMR
18                         400 North Miami Avenue, 10-2
                           Miami, Florida 33128
19                         (305) 523-5698
                           yvette_hernandez@flsd.uscourts.gov
20

21

22

23

24

25
```