```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF FLORIDA
                        MIAMI DIVISION
                 CASE NO. 1:15-cr-20456-BB-1


UNITED STATES OF AMERICA,

          Plaintiff,                        September 21, 2015
                                            9:02 a.m.
          vs.

KHALED ELBEBLAWY,

          Defendant.                        Pages 1 THROUGH 4
_____


                 TRANSCRIPT OF STATUS CONFERENCE
                 BEFORE THE HONORABLE BETH BLOOM
                   UNITED STATES DISTRICT JUDGE


Appearances:

FOR THE GOVERNMENT:   UNITED STATES ATTORNEY'S OFFICE
                      VASANTH SRIDHARAN, AUSA
                      1400 New York Avenue Northwest, 8th Floor
                      Washington, DC 20005


FOR THE DEFENDANT:    FEDERAL PUBLIC DEFENDER'S OFFICE
                      JAN CHRISTOPHER SMITH, II
                      One East Broward Boulevard, Suite 1100
                      Fort Lauderdale, Florida 33301


COURT REPORTER:       Yvette Hernandez
                      U.S. District Court
                      400 North Miami Avenue, Room 10-2
                      Miami, Florida 33128
                      yvette_hernandez@flsd.uscourts.gov
```

```
 1            (Call to order of the Court, 9:02 a.m.)
 2                 COURTROOM DEPUTY:  Calling Case Number 15-20456,
 3    Criminal, United States of America v. Khaled Elbeblawy.
 4                 Counsel, please state your appearances for the record.
 5                 MR. SRIDHARAN:  Vasanth Sridharan for the Government.
 6                 MR. SMITH:  Your Honor, good morning.  Jan Smith, from
 7    the Federal Defender's Office, on behalf of Mr. Elbeblawy, who
 8    is present.
 9                 THE COURT:  Good morning to each of you.
10                 Go ahead and have a seat.
11                 What is the status of the case?
12                 MR. SRIDHARAN:  On Thursday, we sent a proposed order
13    to dismiss the Information without prejudice.
14                 THE COURT:  It was my understanding that the
15    Government was going to be convening a Grand Jury for the
16    purpose of seeking an indictment.
17                 MR. SRIDHARAN:  Yes, Your Honor.
18                 After deliberation, this is -- the Government decided,
19    given the unique circumstances of this case, that it wanted
20    more time to decide what the proper next step should be.  And
21    so we moved to dismiss the Information.
22                 THE COURT:  Mr. Smith, does the Defense wish to be
23    heard with regard to this motion?
24                 MR. SMITH:  Your Honor, we are happy with dismissal.
25    I've spoken to the Government.  I believe that they are still
```

1   determining the next course of action.  And I don't think
2   that -- once they dismiss, that we have, well, any course of
3   action at that point to pursue, Your Honor.
4           THE COURT:  All right.  Well, leave of court is
5   necessary to dismiss the charges at this stage, and that motion
6   is granted.
7           Is there anything further in this case?
8           MR. SMITH:  No.  Thank you, Your Honor.
9           MR. SRIDHARAN:  No, Your Honor.
10          THE COURT:  Okay.
11      (Proceedings concluded at 9:03 a.m.)

```
 1   UNITED STATES OF AMERICA        )
 2   ss:
 3   SOUTHERN DISTRICT OF FLORIDA    )
 4                   C E R T I F I C A T E
 5         I, Yvette Hernandez, Certified Shorthand Reporter in
 6   and for the United States District Court for the Southern
 7   District of Florida, do hereby certify that I was present at
 8   and reported in machine shorthand the proceedings had the 21st
 9   day of September, 2015, in the above-mentioned court; and that
10   the foregoing transcript is a true, correct, and complete
11   transcript of my stenographic notes.
12         I further certify that this transcript contains pages
13   1 - 4.
14         IN WITNESS WHEREOF, I have hereunto set my hand at
15   Miami, Florida this 15th day of December, 2021.
16
17                     /s/Yvette Hernandez
                       Yvette Hernandez, CSR, RPR, CLR, CRR, RMR
18                     400 North Miami Avenue, 10-2
                       Miami, Florida 33128
19                     (305) 523-5698
                       yvette_hernandez@flsd.uscourts.gov
20
21
22
23
24
25
```